JS-6

**United States District Court
Central District of California**

| | |
|---|---|
| JONG JA KIM,<br><br>        Plaintiff,<br><br>        v.<br><br>M. GHACHAM ENTERPRISES, INC. et al.,<br><br>        Defendants. | Case No. 2:21-cv-00799-VAP-AGRx<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 22, 2022

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge